JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED TRENKLE,<br><br>                     Plaintiff,<br><br>          v.<br><br>NAVY GOLF COURSE, et al.,<br><br>                   Defendants. | Case No. 8:25-cv-01122-SRM-KES<br><br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT** |

On February 5, 2026, the Court ordered Plaintiff Jared Trankle ("Plaintiff") to show cause explaining why this case should not be remanded to state court for lack of subject matter jurisdiction. Dkt. 22. On February 9, 2026, Plaintiff submitted his response agreeing this case should be remanded to state court. Dkt. 23. Having reviewed Plaintiff's response, relevant legal authority, and record in this case, the Court finds remand is appropriate. Accordingly, this matter is **REMANDED** to the Orange County Superior Court.

**IT IS SO ORDERED.**

Dated:  February 23, 2026

                                    HON. SERENA R. MURILLO<br>                                    UNITED STATES DISTRICT JUDGE